1  Sonja S. Weissman (SBN 154320)
   Kendra J. Jue (SBN 226992)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572
   Telephone:   510.763.2000
4  Facsimile:   510.273.8832
   sweissman@reedsmith.com
5  kjue@reedsmith.com

6  Michael K. Brown (SBN 104252)
   REED SMITH LLP
7  355 South Grand Avenue, Suite 2900
   Los Angeles, CA 90071-1514
8  Telephone:   213.456.8000
   Facsimile:   213.457.8080
9  mkbrown@reedsmith.com

10 Lori G. Cohen (*Pro Hac Vice* to be filed)
   GREENBERG TRAURIG, LLP
11 3290 Northside Parkway, Suite 400
   Atlanta, GA 30327
12 Telephone: (678) 553-2100
   Facsimile: (678) 553-2212
13 cohenl@gtlaw.com

14 Attorneys for Defendants Medtronic, Inc.,
   Medtronic USA, Inc., Medtronic Vascular, Inc.,
15 and Medtronic Emergency Response Systems, Inc.

16                UNITED STATES DISTRICT COURT

17       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 18  JAMES ALLEN LEDBETTER, | Case No.  C06-02536 MJJ |
| 19           Plaintiff, | **STIPULATION OF DISMISSAL OF MEDTRONIC VASCULAR, INC. AND MEDTRONIC EMERGENCY RESPONSE SYSTEMS, INC.; [PROPOSED] ORDER** |
| 20      vs. | |
| 21  MEDTRONIC, INC.; MEDTRONIC USA, INC.; MEDTRONIC VASCULAR, INC.; | |
| 22  MEDTRONIC EMERGENCY RESPONSE SYSTEMS, INC.; and DOES 1 TO 20, | Hon. Martin J. Jenkins |
| 23  INCLUSIVE, | |
| 24           Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, JAMES ALLEN LEDBETTER (hereinafter, "Plaintiff") and MEDTRONIC, INC. (hereinafter, "Medtronic"), by and through their respective undersigned counsel, and approved by the Court in the accompanying Order, as follows:

1. That Defendants MEDTRONIC VASCULAR, INC. and MEDTRONIC EMERGENCY RESPONSE SYSTEMS, INC. are dismissed from this action without prejudice;

2. That there shall be no tolling of any applicable statute of limitations; and

3. That each party will bear its own costs.

IT IS SO STIPULATED.

Dated: May 8, 2006               THE BRANDI LAW FIRM

*Concurrence in the filing of this document has been obtained from the signatory*

By _____
Brian J. Malloy, Esq.
Attorneys for Plaintiff James Allen Ledbetter

-and-

Dated: May 3, 2006               REED SMITH LLP

By _____/s/_____
Sonja S. Weissman, Esq.
Attorneys For Defendants
Medtronic, Inc., Medtronic USA, Inc., Medtronic Vascular, Inc.; Medtronic Emergency Response Systems, Inc.

C06-02536 JCS                    -1-
Stipulation Of Dismissal Of Medtronic Vascular, Inc. And Medtronic Emergency Response Systems, Inc; [~~Proposed~~] Order

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**.

DATED: May 15, 2006.

*[signature]*
Hon. Martin J. Jenkins
Judge of the United States District Court

REED SMITH LLP
A limited liability partnership formed in the State of Delaware